UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

NELSON FERNANDEZ,                                            CASE NO. 24-cv-80544-AMC

    Plaintiff,

v.

MARNI U.S.A., CORP.,
A foreign for-profit corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Nelson Fernandez and Defendant Marni U.S.A., Corp. (collectively, the "Parties"), by and through their undersigned counsel, hereby give notice to the Court that the parties have settled this action. The parties are finalizing the settlement documents and will file a stipulation of dismissal in the near future.

Dated June 24, 2024                          Respectfully submitted,

| | |
|---|---|
| **BRITO, PLLC** | **Roderick V. Hannah, P.A.** |
| *Counsel for Defendant* | *Counsel for Plaintiff* |
| 2121 Ponce de Leon Boulevard | 4800 N. Hiatus Road |
| Suite 650 | Sunrise, FL 33351 |
| Coral Gables, FL 33134 | Office: 954-362-3800 |
| Office:  305-614-4071 | |
| | |
| By: /s/ *Alejandro Brito* | By: /s/*Roderick V. Hannah* |
| **ALEJANDRO BRITO** | **RODERICK V. HANNAH** |
| Florida Bar No. 098442 | Florida Bar: 435384 |
| Primary: abrito@britopllc.com | rhannah@rhannahlaw.com |
| Secondary: apiriou@britopllc.com | |
| | Pelayo M. Duran, Esq. |
| | Law Office of Pelayo Duran, P.A. |
| | 4640 N.W. 7th Street |

1

        Miami, FL 33126-2309
        duranandassociates@gmail.com
        *Counsel for Plaintiff*